UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

KATRINA BAST,

    Plaintiff,

vs.

                                      Case No:

UNITED STATES OF AMERICA,

    Defendant.

_____/

## COMPLAINT

Plaintiff, KATRINA BAST, sues Defendant, UNITED STATES OF AMERICA, stating:

1. This is a claim against the UNITED STATES OF AMERICA pursuant to the Federal Tort Claims Act, 28 U.S.C. §2671 - §2680.

2. This Court has exclusive jurisdiction over the matters alleged herein pursuant to 28 U.S.C. §1346(b) and §2671, *et seq*.

3. Venue is proper in the United States District Court for the Southern District of Florida pursuant to 28 U.S.C. §1402(b) and §1346(b) because the events giving rise to these claims occurred in Okeechobee, Okeechobee County, Florida.

4. Plaintiff has complied with the notice requirements of 28 U.S.C. §2675. *See* Form 95 attached hereto as **Exhibit A**.

5. Plaintiff, KATRINA BAST, presented her claim to the United States Postal Service ("USPS") on January 7, 2020. *See* Form 95 (Exhibit A).

6. As of the date of this filing, the USPS has not made a final disposition of the Plaintiff's claim.

7. The USPS failed to make a final disposition of the Plaintiff's claim within six (6) months after the claim was filed. Therefore, Plaintiff is permitted to institute this action at this time. 28 U.S.C. §2675(a).

8. On or about June 11, 2019, Plaintiff, KATRINA BAST, occupied a motor vehicle traveling on NW 34th Street in Okeechobee, Okeechobee County, Florida.

9. At that time and place, Sarah Marie Bodge was operating a motor vehicle owned by the USPS within the course and scope of her employment with the USPS.

10. The USPS is an agency and instrumentality of the UNITED STATES OF AMERICA.

11. The UNITED STATES OF AMERICA is liable for damages caused by the negligent acts or omissions of USPS employees while acting within the course and scope of their employment with the USPS.

12. The UNITED STATES OF AMERICA is liable for damages caused by the negligent acts or omissions of Sarah Marie Bodge while acting within the course and scope of her employment with the USPS.

13. At that time and place, Sarah Marie Bodge negligently operated the motor vehicle, such that it collided with the car in which Plaintiff was traveling.

14. As the direct and proximate result of the negligence of Sarah Marie Bodge, Plaintiff, KATRINA BAST, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and aggravation of a previously existing condition. The losses are either permanent or continuing and

Plaintiff will suffer the losses in the future. Plaintiff's automobile was damaged and she lost the use of it during the period required for its repair or replacement.

**WHEREFORE**, Plaintiff, KATRINA BAST, demands judgment for damages against Defendant, UNITED STATES OF AMERICA.

Plaintiff demands trial by jury on all issues so triable.

Respectfully submitted this 3rd day of May, 2021.

By: s/ Robert Dixon
**ROBERT DIXON**
Attorney Email: lawinfo@flaccidentattorney.com
**EserviceEmail:litigation@flaccidentattorney.com**
Bar Number: 0021608
Attorneys for Plaintiff
Law Offices of Robert Dixon
5963 Biscayne Blvd
Miami, FL 33137
Telephone: (305) 917 - 1111
Facsimile: (305) 917 - 1112

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| TORT CLAIMS COORDINATOR<br>UNITED STATES POSTAL SERVICE<br>P. O. BOX 6127<br>FT LAUDERDALE FL 33310-6127 | KATRINA S BAST<br>7858 NE 16th St.<br>OKEECHOBEE FL 34974 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | 02-02-1982 | M | 6-11-19 | 1:30 PM |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

SEE ATTACHED DOCUMENT

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

CLAIMANT'S VEHICLE WAS DAMAGED ON ENTIRE LEFT SIDE. PLEASE REFER TO ESTIMATE AND SUPPLEMENTAL ESTIMATE ATTACHED.

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

SEE ATTACHED DOCUMENT

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| CYLA JENKINS (Passenger) | SAME AS CLAIMANT |
| CAYLA BONEY (Passenger) | SAME AS CLAIMANT |

**12. AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| $500 DEDUCTIBLE | $5,039.70 + $15,000.00 pain and suffering | N/A | $20,539.70 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT | 13b. PHONE NUMBER | 14. DATE OF SIGNATURE |
|---|---|---|
| Katrina Bast | 863-447-1264 | 01-07-2020 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2


EXHIBIT A

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

**15. Do you carry accident Insurance?** [X] Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.  [ ] No

BRISTOL WEST INSURANCE, PO BOX 258807, OKLAHOMA CITY, OK 73125-8807

**16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?** [X] Yes  [ ] No   **17. If deductible, state amount.**

DEDUCTIBLE

$500 PROPERTY DAMAGE DEDUCTIBLE

**18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim?** (It is necessary that you ascertain these facts).

MY INSURANCE CARRIER HAS PAID FOR REPAIR TO MY VEHICLE AFTER MY PAYMENT OF $500 DEDUCTIBLE. THEY HAVE PAID MY PIP PAYMENTS FOR MY MEDICAL TREATMENT.

**19. Do you carry public liability and property damage insurance?** [X] Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).  [ ] No

BRISTOL WEST INSURANCE, (See ADDRESS Above)

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

## KATRINA BAST - FORM 95

8. **Basis of Claim:**

On June 11, 2019, approximately 315-feet East of the intersection of NW 34th Street and NW 6th Avenue in the city of Okeechobee, Okeechobee county, Florida, the Plaintiff, Katrina Bast, was a 36 year old driver of a 2012 Dodge Durango. At that date and location, Mrs. Bast was injured when her vehicle was crashed into by a vehicle owned by the United States Postal Service. Ms. Sarah Bodge, while working within the course and scope of her employment with the USPS, was stopped on the shoulder of the road. Mrs. Bast's vehicle was lawfully passing Ms. Bodge's vehicle when all of a sudden and without warning, Ms. Bodge pulled out and crashed into the left side of Mrs. Bast's vehicle with her vehicle's right side. There was nothing Mrs. Bast could have done to have avoided the accident.

10. **Nature and Extent of Each Injury:**

As a result of this accident, Katrina Bast sustained severe and permanent injuries: To wit, **radiating headaches, neck pain, upper back pain, lower back pain,** and **pain in both arms**.

On June 20, 2019, Mrs. Bast began treatment with Simpson Chiropractic. She treated at that office on a consistent basis for 4-months for these injuries, for a total of 16 visits. Each visit included a regimen consisting of hot packs, cold packs, electrical stimulation, application of creams, manual manipulation and other manual therapies. Upon completion of treatment, Dr. Matthew Schiermyer diagnosed Mrs. Bast with a 16% permanent impairment rating to her whole body as a result of this accident. Please refer to the attached medical records for the specific

modalities used to treat Mrs. Bast for her injuries and for Dr. Schiermyer's opinions related to the permanency of Mrs. Bast's injuries.

On July 11, 2019, Mrs. Bast treated with Orchid Medi Center. At that time, Dr. Juan Escobar diagnosed her with an "emergency medical condition."

On August 6, 2019, Mrs. Bast underwent MRI imaging for her cervical and lumbar spines. An MRI of her cervical spine revealed **a herniation at C5-C6 and bulges at 5-levels along her cervical spine**. An MRI of her lumbar spine showed **bulging at L4-L5 and L5-S1**.

On September 19, 2019, Mrs. Bast treated with Dr. Samuel Popinchalk at University Orthopedic. At that visit, she complained of neck pain, left shoulder pain, mid/lower back pain, and left hip pain. Dr. Popinchalk's treatment plan consisted of (1) a recommendation for further physical therapy, (2) injections, and (3) a radio frequency ablation. Please refer to the attached medical records for Dr. Popinchalk's opinions regarding the permanency of Mrs. Bast's injuries.

To date, Katrina Bast has incurred **$12,569 in boardable medical expenses**. After PIP payments and adjustments, Mrs. Bast's "out-of-pocket" medical expenses are $5,039.7